Your Honor,

My name is Deborah Engelmeyer. I live in Old Monroe MO. I work at Barnes-Jewish hospital in St. Peters MO. I am Billie's mother.

Billie is a good mother. Always there for her kids. They don't need or want for anything. She supports them finacially and emotionally. Billie has also always been a hardworker. She's always supported her family up until she got laid off from the school in 2019. She has had her struggles. She was hanging around the wrong crowd. She has learned her lesson and no longer hangs with that crowd. She is always cheerful and has a positive outlook on life. She is willing to help anyone, stranger or friend.

I am Billie's mother so I want want nothing more than to see her succeed in life. I will always be there for her and she has family here to help her continue down the right path.

Respectfully Yours,
Deborah Engelmyer

Honorable Judge Autrey
United States District Court Eastern District of Missouri

Your honor my name is Michael J McClure Sr. I'm a resident of Saint Peters Missouri. I am a veteran of the United States Army. I retired from the Postal Service after 27 years of government service and began a career in 2012 with the Wentzville School District where I am currently employed as a Custodian Building Supervisor.

I've known Billie Lloyd since 2017 when I first interviewed her. After I interviewed several other applicants I was most impressed with Billie Lloyd even though she didn't have prior experience of school cleaning. She became one of the best custodians, always having a positive attitude and accepting unfair tasks as a challenge. The rest of the staff were impressed with her and before long she became my most dependable employee. To this day I consider her my goddaughter as I have explained to her that I feel that God has placed her in my life for guidance. I along with several other administrators have spoken on her behalf to have her reinstated at the Wentzville School District if all her issues are resolved and cleared.

My personal observation of Billie is she's a hard worker, devoted mother, true friend but, sometime naïve and too trusting of others around her.

Working with Billie has made me a better supervisor. She made me more patient, taught me humility and she was the only one that could get away with calling me Mikie when I was having a bad day. To this day I'm not sure what led to Billy's termination and everyone says she has not told me because she doesn't want to disappoint me but, I will still speak positive on Billie's behalf.

Thank you for giving me the opportunity to write a letter on Billie behalf. I know that all she needs is a chance and more positive people in her life.

Yours sincerely,

*[signature]*

Michael J. McClure Sr.
Custodial Building Supervisor
Wentzville School District
314-229-5085

RECEIVED
JAN 1 0 2022
FEDERAL PUBLIC DEFENDER

Judge

I am Allen N. Engelmeyer, I live at 21 Pheasant Pointe Dr., Old Monroe, Mo. I work at True Mfg. for the past 43 years. I am Billie Jo Lloyd's Dad. Like most fathers I love her very much and want the best for her.

Billie has 3 children that she loves deeply, and they love her very much also. ▓▓▓ who is 7, ▓▓▓ 13, and ▓▓▓ who is 18 and enlisted with the Marines and will leave this summer after he graduates high school. They are at our house most weekends, especially when she has a day off work. She has a fun and joyfull personality making her a joy to be around. Anyone who gets to know her likes her. She is always willing to help out those who are less fortunate. There is a younger girl where she works who has a speach problem, and some people being the way they are would pick on her but Billie was there to stick up for her and became her friend.

Growing up she was on a softball team in Moscow Mills that was undefeated one year. She was also in 4H for several years and had market hogs that she showed at the Lincoln County Fair. In her early teens she took some horse back riding lessons and went on to showing her horse at many of the local horse shows for several years. We went on many horse back trail rides and camping trips also. Her and her brother both helped feed and care for the animals.

Billie has made some bad decisions in the past for which she is very sorry. I don't believe that she realized the seriousness of her mistake, even though it was nonviolent. Since she has moved in with us she has once again become the hard working, happy person that she was before her troubles. Billie has been working and paid off all of her traffic tickets and now has a savings account that she is contributing to. She is hoping to get a place of her own someday, but is welcome to stay here while she saves up money for that day.

I hope she is able to keep on working. She is not a threat to society or anyone, and it would be a huge step backward for her to go to prison and have to start over again when she gets out. She made some mistakes, but she's really a good person and wants to do good if given another chance. We will be there for her to help her along the way.

Thank you for taking the time to read this letter.